

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MONIQUE CHANDLER,

    Plaintiff,

v.                          Civil Action No. 3:16cv309

NC FINANCIAL SOLUTIONS
OF UTAH, LLC, et al.,

    Defendants.

## ORDER

On July 26, 2016, the JOINT MOTION TO STAY THIS MATTER PENDING ARBITRATION (ECF No. 15) was granted in order for the parties to pursue arbitration. Having reviewed the STATUS REPORT (ECF No. 32) filed on May 31, 2017, and it appearing that the arbitration proceedings have been concluded, it is hereby ORDERED that this action is dismissed with prejudice.

It is so ORDERED.

                                        /s/   *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June _1_, 2017